**Francisco DE ASSIS, Petitioner,**

v.

**Alberto R. GONZALES, Attorney General, Respondent.**

No. 06–70526.

United States Court of Appeals, Ninth Circuit.

Submitted Sept. 18, 2006.*

Filed Sept. 25, 2006.

A. Sam Akintimoye, Esq., Law Offices of A. Sam Akintimoye, Ortario, CA, for Petitioner.

* This panel unanimously finds this case suit-

Ronald E. LeFevre, Chief Counsel, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, Sharla Cerra, Esq., Office of the U.S. Attorney, Civil & Tax Divisions, Los Angeles, CA, U.S. Department of Justice, Civil Div./Office Of Immigration Lit., Washington, DC, for Respondent.

Before: O'SCANNLAIN, GRABER and CLIFTON, Circuit Judges.

## MEMORANDUM **

Respondent's unopposed motion for summary disposition is granted because the questions raised by this petition for review are so insubstantial as not to require further argument. *See United States v. Hooton,* 693 F.2d 857, 858 (9th Cir.1982) (per curiam) (stating standard). Accordingly, this petition for review is denied.

**PETITION FOR REVIEW DENIED.**

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

